**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| DOROTHY DOSEY, ) | No. EDCV 07-890 (CW) | |
| ) | | |
| Plaintiff, ) | JUDGMENT | |
| v. ) | | |
| ) | | |
| MICHAEL J. ASTRUE, ) | | |
| Commissioner, Social Security ) | | |
| Administration, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: May 10, 2010

_____/S/_____
CARLA M. WOEHRLE
United States Magistrate Judge